# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| CLAIR REYNOLDS, MONICA MARTIRANO, BRADY LAING, JARED THOMAS PINEDA, WILLIAM MARTIN POWERS, TRINA HANCOCK, and KEN SCHAFER, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br>v.<br><br>FCA US LLC,<br><br>    Defendant. | Case No. 2:19-cv-11745-AJT-EAS<br><br>Senior District Judge Arthur J. Tarnow<br><br>Magistrate Judge Elizabeth A. Stafford |

## DEFENDANT FCA US LLC'S
## NOTICE OF SUPPLEMENTAL AUTHORITY
## IN SUPPORT OF ITS MOTIONS TO DISMISS

Defendant FCA US LLC respectfully submits this notice to alert the Court to new authority in support of its pending motions to dismiss (ECF Nos. 26, 34). In opposing dismissal, Plaintiffs have argued that a dismissal on mootness grounds would be improper because they seek damages for a purported loss in market value of their vehicles. *See, e.g.*, ECF No. 27, PageID.2785; ECF No. 31, PageID.3384. However, on November 30, 2020, District Judge Gershwin A. Drain rejected this very argument when dismissing a similar case as moot. *See* Opinion and Order Granting Defendant's Motion to Dismiss Amended Complaint in *Flores v. FCA US LLC*, Case No. 19-10417, Docket No. 44 (attached hereto as Exhibit A), pp. 8-12.

- 1 -

Dated: December 4, 2020

                          Respectfully submitted,

                          THOMPSON COBURN LLP

By:  */s/ Stephen A. D'Aunoy*
      Kathy A. Wisniewski (MO/38716)
      Stephen A. D'Aunoy (MO/54961)
      Thomas L. Azar, Jr. (MO/56634)
      One US Bank Plaza
      St. Louis, Missouri  63101
      (314) 552-6000
      kwisniewski@thompsoncoburn.com
      sdaunoy@thompsoncoburn.com
      tazar@thompsoncoburn.com

      BUSH SEYFERTH PLLC
      Patrick G. Seyferth (P47575)
      100 W. Big Beaver Rd., Suite 400
      Troy, Michigan  48084
      (248) 822-7800
      seyferth@bsplaw.com

      *Counsel for Defendant FCA US LLC*