# INDEX OF EXHIBITS

| | |
|---|---|
| Exhibit 1 | *Chapman v. Gen. Motors LLC*, No. 19-cv-12333(TGB)(DRG), 2021 WL 1286612, at *6 (E.D. Mich. Mar. 31, 2021) |
| Exhibit 2 | *Fox v. Cty. of Saginaw*, No. 19-CV-11887, 2021 WL 120855, at *5 (E.D. Mich. Jan. 13, 2021) |
| Exhibit 3 | *Outdoor One Commc'ns, LLC. v. Charter Twp. of Canton*, No. 20-10934, 2021 WL 807870, at *1 (E.D. Mich. Mar. 3, 2021) |
| Exhibit 4 | *In re Flint Water Cases*, 482 F. Supp. 3d 601, 615 (E.D. Mich. 2020) |
| Exhibit 5 | *Raymo v. FCA US LLC*, 475 F. Supp. 3d 680, 695 (E.D. Mich. 2020) |
| Exhibit 6 | *Gregorio v. Ford Motor Co.*, 2021 WL 778913 at *14-15 (E.D. Mich. Mar. 1, 2021) |
| Exhibit 7 | *Gant v. Ford Motor Co.*, No. 19-CV-12533, 2021 WL 364250, at *3 (E.D. Mich. Feb. 3, 2021) |
| Exhibit 8 | *Francis v. Gen. Motors, LLC*, No. 19-11044, 2020 WL 7042935, at *7 (E.D. Mich. Nov. 30, 2020) |
| Exhibit 9 | Service Bulletin 99-002-19 https://static.nhtsa.gov/odi/tsbs/2019/MC-10169248-9999.pdf |
| Exhibit 10 | INME-PE19012-80832P https://static.nhtsa.gov/odi/inv/2019/INME-PE19012-80832P.pdf |