# EXHIBIT 9



**NUMBER:** 19-002-19

**GROUP:** 19 - Steering

**DATE:** November 20, 2019

This bulletin is supplied as technical information only and is not an authorization for repair. No part of this publication may be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, electronic, mechanical, photocopying, or otherwise, without written permission of FCA US LLC.

## SUBJECT:
Shimmy In The Steering Wheel After Hitting An Irregularity On The Road Surface

## OVERVIEW:
This bulletin involves discussing an available video instructing the technicians on how to properly diagnosis and repair this issue.

## MODELS:

| | | |
|---|---|---|
| 2018 - 2020 | (JL) | Jeep Wrangler |
| 2020 | (JT) | Jeep Gladiator |

**NOTE: This bulletin applies to vehicles within the following markets/countries: North America, APAC, EMEA and LATAM.**

## DISCUSSION:
The customer may notice a shimmy in the steering wheel after hitting an irregularity on the road surface such as an expansion joint, pothole or bump.

A video aid has been developed for this issue. Refer to the detailed service procedures available in DealerConnect> Service Library under: Service Info>19 - Steering / Linkage / Damper, Steering / Removal and Installation.

## POLICY:
Information Only.