# EXHIBIT 10

# Memorandum

| | | |
|---|---|---|
| Subject: | Addition to File<br>Addition to IR Response | Date:  9/23/2020 |
| From: | Daniel Pinero, NEF-0102<br>General Engineer | In Reply Refer To: |
| To: | File PE19-012 | |

This memo documents a request dated August 26, 2020 to Fiat Chrysler Automobiles (FCA) for additional information regarding the response to the February 6, 2020 Information Request letter. The list of questions submitted, along with the referenced email, is attached to this memo.

On September 18, 2020, FCA provided their response with a request for confidentiality for the entirety of the submission.

**8/26 List of FCA questions/requests for PE19012** ==(blue=reference 8/21 email)==

Regarding the 8/7 response:

1. Why were 18V675 warranty reports specifically excluded in the DP and PE IR response?
2. For all vehicles inspected under 18V-675, can you produce the associated inspection photos (note that this question only asks if it is possible to produce all inspection photos, not to provide the photos)?
3. ==Include warranty data from 18V675 reports, (all LOPs associated).==

Regarding 7/24 response:

4. Q3- Need clarification of Question part 'b' response
   a. Explanation of "best practice min gage"
   b. Parts that were below "best practice min gage" and upgaged; were these upgaged ungalvanized parts tested again to ensure minimal material loss?
5. Q6- When was process to 'feed 15-minute weld surveillance audit results both backward to point of origin and forward to enhancement stations, Voice of the Customer and Safelaunch areas to close the communication loop' implemented?  Reference Q9F-00005
6. Q10- When will cast iron boxes be introduced into service? How will it be introduced and what will be done with the older part stock? These questions were not addressed in the 7/24 response.
   a. FCA and ODI will have ongoing discussions on methods to assess the effectiveness of the TSB repair
7. Q11- It appears that V41 dampers that are suffering from steering wobble can be serviced by pumping the damper rod. Is this true? Is this different from dampers prior to the V41 damper? If not, why is there pumping data? Finally, during the pumping data test, how was air entrained in the test parts (ie, are they field parts or intentionally primed?) Reference PE response documents: V41 service TSB Rev7 (service procedure steps 6,7,8), Q8-10006, Q8-10007, Q8-10017, Q8-10018
   a. FCA will verify the expected service life for the V41 steering damper
8. Q13- Need more detail on this response:
   o Is BC17 effectively the same as BC18? How are they similar/different?
   o Provide information regarding the test profile of each cycle (speed, grade, mileage, steering, etc). List found in appendix.
9. ==Q15- Share data on Gladiator VOQ, see if related to prior axle weld recall that only included 2020 Wrangler. Is it related to previous Dana axle weld recall that was filed Jan 2020?==

Other requests:

10. Request specific documents related to weld complaint VOQs:
    - ==CAIRS: 64617032, 58705688, 35210825, 7245792, 57560365, 35157514, 35076660==
    - ==Field report/STAR: 101303738==
    - ==VIN: 1C4HJXDG8JW ▮▮▮▮▮▮==

**Appendix: List of Test Procedures found in proving ground documents**

**JL:**
PVE-A
L4S PLUS
L4SPLUSSOR
BC18
EP6-A
PT6
PT6-A
PT6-M
CORR

**JT:**
PVE-A
PVE-M
L4S PLUS
L4SPLUSDOR
BC17
PT4
Z-CY
CORR

**JK:**
PVE-A-CC
PVE-M-CC
PT2-A
PT2-M
PT2-M-RWD
PT6-A
L4
L4S
L4S-LD
L2S
EP2-A
EP2-M-RWD
JKTRV
CORR

| | |
|---|---|
| **From:** | Pinero, Daniel (NHTSA) |
| **To:** | Erin Pitts |
| **Cc:** | Cheryl Fry; Yon, Scott (NHTSA) |
| **Subject:** | PE19012 8/7 response - follow up |
| **Date:** | Friday, August 21, 2020 3:25:00 PM |
| **Attachments:** | image002.png |
| | image004.png |
| | image005.png |
| | image006.png |
| | image007.png |

Erin,

We would like to schedule some time next week (30 min) for additional discussion regarding the recent follow-up submissions and some new requests; ideally next Tuesday or if the agenda is light on Wednesday after the ODI tag-up meeting. We plan on having some discussion/clarification regarding galvanization (the 7/24 response to question 3), proving ground test cycles, and the timing of the cast iron steering boxes.

We also have some new specific requests consisting of the following:

- Documents for the following CAIRs: 64617032, 58705688, 35210825, 7245792, 57560365, 35157514, 35076660
- Documents for the following Field Report/STAR: 101303738
- Any documents/info (CAIR, Field Report/STAR, Warranty) associated with VIN 1C4HJXDG8JW█████
- Information related to the vehicle involved in VOQ# 11340721, (I will provide via SFTP) involving a shock mount disconnection on a 2020 Jeep Gladiator and its possible relation to recall 20V-042.
- All warranty information (in the format of the IR Q5 request) associated with recall 18V-675 LOPs, below:

| | |
|---|---|
| Submit Photos | 13-UA-51-82 |
| Submit Photos And Prep for **outboard repair** for welding | 13-UA-51-83 |
| Submit Photos And Prep for **inboard repair** for welding, Align Front End, Road Test Vehicle | 13-UA-51-84 |

**Related Operation**

| | |
|---|---|
| Weld Repair (**Outboard**) Hoist Time (only to be used with LOP 13-UA-51-83) | 13-UA-51-50 |
| Weld Repair (**Inboard**) Hoist Time (only to be used with LOP 13-UA-51-84) | 13-UA-51-51 |
| Floor Plan Reimbursement | 95-95-95-97 |

Let me know if you need any clarification on any of the above,



**Daniel Pinero**
**General Engineer**
**Department of Transportation**
National Highway Traffic Safety Administration
Room W46-452
1200 New Jersey Avenue SE., Washington, DC 20590
Office: 202-366-5677

  

A document titled
**PE19012_Aug26_2020_Response_CONF BUS INFO.pdf** was SUBMITTED
TO THE NHTSA OFFICE OF CHIEF COUNSEL WITH A REQUEST FOR
CONFIDENTIAL TREATMENT

A document titled

**PE19-012 Request No. 3 Data_CONF BUS INFO.accdb** was SUBMITTED
TO THE NHTSA OFFICE OF CHIEF COUNSEL WITH A REQUEST FOR
CONFIDENTIAL TREATMENT

A document titled
**PG Test Summary_CONF BUS INFO.pdf** was SUBMITTED TO THE NHTSA
OFFICE OF CHIEF COUNSEL WITH A REQUEST FOR CONFIDENTIAL
TREATMENT

ENCLOSURE 8

A document titled
**.LP-461H-117H 2017_CONF BUS INFO.pdf** was SUBMITTED TO THE
NHTSA OFFICE OF CHIEF COUNSEL WITH A REQUEST FOR
CONFIDENTIAL TREATMENT

A document titled

**2016 CS.00081_CONF BUS INFO.pdf** was SUBMITTED TO THE NHTSA OFFICE OF CHIEF COUNSEL WITH A REQUEST FOR CONFIDENTIAL TREATMENT

A document titled
**BC11 - CPG - A - 4WD - SUV_CONF BUS INFO.pdf** was SUBMITTED TO
THE NHTSA OFFICE OF CHIEF COUNSEL WITH A REQUEST FOR
CONFIDENTIAL TREATMENT

A document titled
**BC11 - CPG - M - 4WD - SUV_CONF BUS INFO.pdf** was SUBMITTED TO
THE NHTSA OFFICE OF CHIEF COUNSEL WITH A REQUEST FOR
CONFIDENTIAL TREATMENT

A document titled
**BC17 - CPG - A - 4WD - SOR_CONF BUS INFO.pdf** was SUBMITTED TO
THE NHTSA OFFICE OF CHIEF COUNSEL WITH A REQUEST FOR
CONFIDENTIAL TREATMENT

A document titled

**BC17 - CPG - A - 4WD_CONF BUS INFO.pdf** was SUBMITTED TO THE NHTSA OFFICE OF CHIEF COUNSEL WITH A REQUEST FOR CONFIDENTIAL TREATMENT

A document titled
**BC17 - CPG - M - 4WD_CONF BUS INFO.pdf** was SUBMITTED TO THE
NHTSA OFFICE OF CHIEF COUNSEL WITH A REQUEST FOR
CONFIDENTIAL TREATMENT

A document titled
**BC18 - CPG - A - 4WD - SUV - SOR_CONF BUS INFO.pdf** was SUBMITTED
TO THE NHTSA OFFICE OF CHIEF COUNSEL WITH A REQUEST FOR
CONFIDENTIAL TREATMENT

A document titled

**BC18 - CPG - A - 4WD - SUV_CONF BUS INFO.pdf** was SUBMITTED TO THE NHTSA OFFICE OF CHIEF COUNSEL WITH A REQUEST FOR CONFIDENTIAL TREATMENT

A document titled
**Corrosion Test 1 Page Overview_CONF BUS INFO.pdf** was SUBMITTED
TO THE NHTSA OFFICE OF CHIEF COUNSEL WITH A REQUEST FOR
CONFIDENTIAL TREATMENT

A document titled
**Corrosion Test_CONF BUS INFO.pdf** was SUBMITTED TO THE NHTSA
OFFICE OF CHIEF COUNSEL WITH A REQUEST FOR CONFIDENTIAL
TREATMENT

A document titled

**CPG - PT2 -EP2 800-M_CONF BUS INFO.pdf** was SUBMITTED TO THE NHTSA OFFICE OF CHIEF COUNSEL WITH A REQUEST FOR CONFIDENTIAL TREATMENT

A document titled
**CPG - PT6 - EP6 - M_CONF BUS INFO.pdf** was SUBMITTED TO THE
NHTSA OFFICE OF CHIEF COUNSEL WITH A REQUEST FOR
CONFIDENTIAL TREATMENT

A document titled
**CPG - PT6 - M - 4WD - TT_CONF BUS INFO.pdf** was SUBMITTED TO THE
NHTSA OFFICE OF CHIEF COUNSEL WITH A REQUEST FOR
CONFIDENTIAL TREATMENT

A document titled

**CPG PT2  AUTO_CONF BUS INFO.pdf** was SUBMITTED TO THE NHTSA OFFICE OF CHIEF COUNSEL WITH A REQUEST FOR CONFIDENTIAL TREATMENT

A document titled
**PT2-A - EP2-A (Obsolete)_CONF BUS INFO.pdf** was SUBMITTED TO THE
NHTSA OFFICE OF CHIEF COUNSEL WITH A REQUEST FOR
CONFIDENTIAL TREATMENT

A document titled
**PT4-CPG-A-4WD-SOL_CONF BUS INFO.pdf** was SUBMITTED TO THE
NHTSA OFFICE OF CHIEF COUNSEL WITH A REQUEST FOR
CONFIDENTIAL TREATMENT

A document titled
**PT6 A  EP6 A_CONF BUS INFO.pdf** was SUBMITTED TO THE NHTSA
OFFICE OF CHIEF COUNSEL WITH A REQUEST FOR CONFIDENTIAL
TREATMENT

A document titled
**PT6-CPG-A-4WD-SOL_CONF BUS INFO.pdf** was SUBMITTED TO THE
NHTSA OFFICE OF CHIEF COUNSEL WITH A REQUEST FOR
CONFIDENTIAL TREATMENT

A document titled
**PVE - A - 2WD_CONF BUS INFO.pdf** was SUBMITTED TO THE NHTSA
OFFICE OF CHIEF COUNSEL WITH A REQUEST FOR CONFIDENTIAL
TREATMENT

A document titled

**PVE - A - 4WD_CONF BUS INFO.pdf** was SUBMITTED TO THE NHTSA OFFICE OF CHIEF COUNSEL WITH A REQUEST FOR CONFIDENTIAL TREATMENT

A document titled

**PVE - M - 2WD_CONF BUS INFO.pdf** was SUBMITTED TO THE NHTSA OFFICE OF CHIEF COUNSEL WITH A REQUEST FOR CONFIDENTIAL TREATMENT

A document titled

**PVE - M - 4WD_CONF BUS INFO.pdf** was SUBMITTED TO THE NHTSA OFFICE OF CHIEF COUNSEL WITH A REQUEST FOR CONFIDENTIAL TREATMENT

A document titled
**Z-CY - Wheel Hop Analysis_CONF BUS INFO.pdf** was SUBMITTED TO
THE NHTSA OFFICE OF CHIEF COUNSEL WITH A REQUEST FOR
CONFIDENTIAL TREATMENT

A document titled
**STAR 101303738_CONF BUS INFO.pdf** was SUBMITTED TO THE NHTSA
OFFICE OF CHIEF COUNSEL WITH A REQUEST FOR CONFIDENTIAL
TREATMENT


ENCLOSURE 10

A document titled

**PE19-012_Followup_CAIR Reports_CONF BUS INFO.pdf** was

SUBMITTED TO THE NHTSA OFFICE OF CHIEF COUNSEL WITH A

REQUEST FOR CONFIDENTIAL TREATMENT

A document titled

**58705688-1-(Content Mgr)_CONF BUS INFO.pdf** was SUBMITTED TO
THE NHTSA OFFICE OF CHIEF COUNSEL WITH A REQUEST FOR
CONFIDENTIAL TREATMENT

A document titled
**58705688-2-(Content Mgr)_CONF BUS INFO.jpg** was SUBMITTED TO
THE NHTSA OFFICE OF CHIEF COUNSEL WITH A REQUEST FOR
CONFIDENTIAL TREATMENT

A document titled
**58705688-3-(Content Mgr)_CONF BUS INFO.jpg** was SUBMITTED TO
THE NHTSA OFFICE OF CHIEF COUNSEL WITH A REQUEST FOR
CONFIDENTIAL TREATMENT

A document titled
**58705688-4-(Content Mgr)_CONF BUS INFO.jpg** was SUBMITTED TO
THE NHTSA OFFICE OF CHIEF COUNSEL WITH A REQUEST FOR
CONFIDENTIAL TREATMENT

A document titled
**1C4HJXDG8JW⬛⬛⬛⬛_CONF BUS INFO.pdf** was SUBMITTED TO THE
NHTSA OFFICE OF CHIEF COUNSEL WITH A REQUEST FOR
CONFIDENTIAL TREATMENT