UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CLAIR REYNOLDS, et al.,

       Plaintiff,                                Case No. 19-11745

vs.                                                HON. MARK A. GOLDSMITH

FCA US LLC,

       Defendant.
_____/

## ORDER REGARDING CLASS CERTIFICATION MOTION

Having conducted a status conference with counsel on April 28, 2022, having reviewed the parties' Joint Statement on Discovery (Dkt. 64), and having determined that there is no reason presently presented to extend the current schedule as the parties have requested, the Court now directs the parties to file a joint statement on or before May 9, 2022, setting forth their views on whether the deadline for filing a class certification motion should be advanced to June 1, 2022.

       SO ORDERED.

Dated: May 4, 2022                                               s/Mark A. Goldsmith
   Detroit, Michigan                                       MARK A. GOLDSMITH
                                                           United States District Judge