UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CLAIR REYNOLDS, et al.,

      Plaintiffs,

v                                                                                       Case No. 19-11745
                                                                                         HON. MARK A. GOLDSMITH
FCA US LLC, et al.,

      Defendants.
_____/

## ORDER STRIKING STIPULATION

On June 6, 2022 a stipulation was filed [Dkt. 75].

Pursuant to E.D. Mich. Local Rules Appendix ECF Rule 12(a), a proposed **stipulation and order** must be submitted as a Word or WordPerfect Document via the link under the Utilities section of CM/ECF. The stipulation at issue is not in compliance with the rule.

IT IS ORDERED, that the stipulation [Dkt. #75] is STRICKEN.

SO ORDERED.

Dated: June 7, 2022                                                s/Mark A. Goldsmith
      Detroit, Michigan                                        MARK A. GOLDSMITH
                                                                                         United States District Judge