UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CLAIR REYNOLDS, et al.,

       Plaintiffs,                           Case No. 19-11745

vs.                                            HON. MARK A. GOLDSMITH

FCA US, LLC,

       Defendant.
_____/

**ORDER REGARDING PLAINTIFFS' MOTION TO COMPEL DISCOVERY (Dkt. 79)**

Before the Court is Plaintiffs' motion to compel discovery (Dkt. 79). The parties are directed to meet and confer with Mr. Christopher Darrow this week in an effort to resolve the issues presented by this motion.

SO ORDERED.

Dated: July 11, 2022                                   s/Mark A. Goldsmith
Detroit, Michigan                                 MARK A. GOLDSMITH
                                                     United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 11, 2022.

                                                                  s/William Barkholz for Karri Sandusky
                                                                    WILLIAM BARKHOLZ
                                                                    Case Manager