UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| CLAIR REYNOLDS, et al., Plaintiffs, v. FCA US LLC, Defendant. | Case No. 2:19-cv-11745<br><br>District Judge Mark A. Goldsmith<br><br>Magistrate Judge Elizabeth A. Stafford |
|---|---|

### ORDER DENYING AS MOOT PLAINTIFFS' MOTION TO COMPEL DISCOVERY (Dkt. 79)

Plaintiffs filed a motion to compel discovery (Dkt. 79). The issues raised in this motion have been resolved. Accordingly, the Court denies Plaintiffs' motion as moot.

SO ORDERED.

Dated: December 28, 2022  
      Detroit, Michigan

s/Mark A. Goldsmith  
MARK A. GOLDSMITH  
United States District Judge