3

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| CLAIR REYNOLDS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>FCA US LLC,<br><br>Defendant. | Case No. 2:19-cv-11745<br><br>District Judge Mark A. Goldsmith<br><br>Magistrate Judge Elizabeth A. Stafford |



January 30th 2023

Class Action

Clair Reynolds, et al. v. FCA US, LLC, No. 2:19-cv-11745 (E.D. Mich.)

The purpose of my objection is that the class action suit has not been extended into 2021-22 years. My wife and I have owned 5 Jeep Wranglers since 2018.

2018 Jeep Wrangler (Included in suit-had loose steering when traded in-18000 miles)

VIN# 1C4-BJWEG6JL-816600

2021 Jeep Wrangler (EcoDiesel) – no issues (traded at 15000 miles)

VIN# 1C4-HJXEM9MW-543757

2021 Jeep Wrangler Sahara 4xe ( experienced Death wobble from steering issues – had to finally get rid of it after dealership failed to fix it after 4 tries- 10,000 miles)

VIN# 1C4-JJXP62MW-687005

2022 Jeep Wrangler Sahara 4Xe (7800 miles no issues yet)

VIN# 1C4-JJXP68NW-172947

2022 Jeep Wrangler Sahara 4xe ( experienced Death wobble from steering issues at 8000 miles and again at 11000 miles – had back to fix it) Seems OK now, but previous experience makes me think it will come back.

VIN# 1C4-JJXP65NW120594

I will not be appearing at the Fairness Hearing. If you want/need more information you can contact me.

Thanks for your time,

Greg and Randa Ross

6614 Norfolk Place

Harrisburg, PA 17111

7172151099

Gregross8@gmail.com

Randa Ross

[signature]

1-30-2023









U.S. District Court for the Eastern District of Michigan

Theodore Levin U.S. Courthouse

231 W. Lafayette Blvd.

Detroit, MI 48226

4822682794 C052